**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          NO. 4:26-po-00076-JJV

TAYLOR L. BAGWELL                                                          DEFENDANT

### ORDER

Pursuant to the agreement reached between Taylor L. Bagwell and the United States to resolve CVB Ticket No. F0K002B, Mr. Bagwell is banned from National Forests in the United States for a period of twelve (12) months, beginning on June 30, 2026.

IT IS SO ORDERED this 1st day of July 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE